CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By: *Donna Bajzik*
Deputy Clerk

# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

**IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS
LIABILITY LITIGATION**

MDL No. 2734

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On October 3, 2016, the Panel transferred 20 civil action(s) to the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the Northern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable M. Casey Rodgers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Florida and assigned to Judge Rodgers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Florida for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable M. Casey Rodgers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

## Oct 14, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS
LIABILITY LITIGATION**

MDL No. 2734

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| NDFL Case | | | | |
| | **ARIZONA** | | | |
| 3:16cv552-MCR-GRJ | AZ | 2 | 16−02744 | Hedstrom v. Bristol−Myers Squibb Company et al |
| | **CALIFORNIA CENTRAL** | | | |
| 3:16cv553-MCR-GRJ | CAC | 2 | 16−06606 | Erma Jean Hudson v. Bristol−Myers Squibb Company et al |
| 3:16cv554-MCR-GRJ | CAC | 2 | 16−06613 | Christina Platt v. Bristol−Myers Squibb Company et al |
| 3:16cv555-MCR-GRJ | CAC | 8 | 16−01789 | Ted John Elia v. Bristol−Myers Squibb Company et al |
| | **CALIFORNIA EASTERN** | | | |
| 3:16cv556-MCR-GRJ | CAE | 1 | 16−01479 | Esquivel, et al. v. Bristol−Myers Squibb Company, et al. |
| | **COLORADO** | | | |
| 3:16cv557-MCR-GRJ | CO | 1 | 16−01674 | Adams et al v. Bristol−Myers Squibb Company et al |
| 3:16cv558-MCR-GRJ | CO | 1 | 16−02396 | Cho v. Bristol−Myers Squibb Company et al |
| | **CONNECTICUT** | | | |
| 3:16cv559-MCR-GRJ | CT | 3 | 16−01098 | Campbell et al v. Bristol−Myers Squibb Co et al |
| | **FLORIDA MIDDLE** | | | |
| 3:16cv560-MCR-GRJ | FLM | 8 | 16−02153 | Roberts v. Bristol−Meyers Squibb Company et al |
| | **MASSACHUSETTS** | | | |
| 3:16cv561-MCR-GRJ | MA | 1 | 16−11533 | Carlson v. Bristol−Myers Squibb Company et al |
| | **NEVADA** | | | |
| 3:16cv562-MCR-GRJ | NV | 2 | 16−01596 | Foley et al v. Bristol−Myers Squibb Company et al |
| 3:16cv563-MCR-GRJ | NV | 2 | 16−01597 | Stirling et al v. Bristol−Myers Squibb Company et al |

NDFL Case  cont'd

### NEW JERSEY

3:16cv564-MCR-GRJ   NJ   3   16−05529   HIMEL v. BRISTOL−MYERS SQUIBB COMPANY et al

### NEW YORK SOUTHERN

3:16cv565-MCR-GRJ   NYS   1   16−06023   Groshans v. Bristol−Meyers Squibb Company et al

### NORTH CAROLINA EASTERN

3:16cv566-MCR-GRJ   NCE   5   16−00749   Jahateh v. Bristol−Myers Squibb Company, et al

### TENNESSEE EASTERN

3:16cv567-MCR-GRJ   TNE   1   16−00384   Runninghorse v. Bristol−Myers Squibb Company et al

### WISCONSIN EASTERN

3:16cv520-MCR-GRJ   WIE   2   16−00976   Chier v. Bristol−Myers Squibb Co et al

3:16cv521-MCR-GRJ   WIE   2   16−01101   Armfield v. Bristol−Myers Squibb Company et al